IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02768-MSK-MJW

ANTHONY BIRDEN, a child, by his legal guardian and next friend,
ANGIE LAIN NAVARES,

Plaintiff(s),

v.

ALAMOSA SCHOOL DISTRICT,
SAN LUIS VALLEY BOARD OF COOPERATIVE EDUCATION SERVICES, and
LESLIE GARCIA,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Unopposed Motion to Entry of Stipulation and Protective Order (docket no. 13) is GRANTED finding good cause shown and finding no objection by Plaintiff.  The written Stipulation and Protective Order (docket no. 13-1) is APPROVED as amended in paragraph 11 and made an Order of Court.

Date:  February 6, 2012